IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEIGTECH EAST BAY LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>LUTRON ELECTRONICS CO., INC.,<br><br>*Defendant*. | Civil Action No. 1:19-cv-04693<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 1/28/2020 |

### [PROPOSED] ORDER REGARDING STAY

At the Initial Pretrial Conference held on November 8, 2019, Defendant Lutron Electronics Co., Inc. ("Lutron") informed the Court that it intends to petition the United States Patent Trial and Appeal Board ("PTAB") to review the patent at issue in this case before the end of December 2019. Based on Lutron's anticipated petition, the Court has determined that this case should be, and hereby is, STAYED pending the final results of that anticipated petition and subsequent PTAB review, if any.

SO ORDERED:

*/s/ Colleen McMahon*
_____
UNITED STATES DISTRICT JUDGE

Dated: 28 January, 2019

**ORDER REGARDING STAY**

**AGREED AS TO FORM:**

*/s/ Scott W. Breedlove*
Scott W. Breedlove (*pro hâc vice*)
**CARTER ARNETT PLLC**
8150 North Central Expressway, Suite 500
Dallas, TX 75206
T: 214.550.8188
F: 214.550.8185
sbreedlove@carterarnett.com

James D. Herschlein
Paul C. Llewellyn
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019-9710
T: 212.836.8000
F: 212.836.8689
james.herschlein@arnoldporter.com
paul.llewellyn@arnoldporter.com

**COUNSEL FOR DEFENDANT LUTRON ELECTRONICS CO., INC.**

*/s/ Gary R. Sorden*
Jed M. Weiss, Bar ID JMW-5293
**COLE SCHOTZ, P.C.**
1325 Avenue of the Americas, 19th Floor
New York, New York 10025

Gary R. Sorden (admitted via pro hac vice)
Texas Bar No. 24066124
gsorden@coleschotz.com
Brian L. King (admitted via pro hac vice)
Texas Bar No. 24055776
bking@coleschotz.com
**COLE SCHOTZ, P.C.**
901 Main Street
Suite 4120
Dallas, Texas 75202
Telephone: 469-557-9390
Fax: 469-533-1587

**ATTORNEYS FOR PLAINTIFF GEIGTECH EAST BAY, LLC**